ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Harper Construction Company, Inc. | ) ASBCA No.   62526 |
| | ) |
| Under Contract No.     N62473-18-C-4605 | ) |

APPEARANCE FOR THE APPELLANT:    Richard B. Oliver, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Brian S. Smith, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 12, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62526, Appeal of Harper Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:  June 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals